THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH ENGENITO, Appellant.— Judgment of the County Court of Nassau county, convicting the defendant of the crimes of robbery in the first degree, robbery in the second degree, grand larceny in the first degree and assault in the second degree, and order, unanimously affirmed pursuant to section 542 of the Code of Criminal Procedure. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARCANTONIO ORLANDINO, Appellant.— Judgment of the County Court of Nassau county, convicting the defendant of the crimes of robbery in the first degree, robbery in the second degree, grand larceny in the first degree and assault in the second degree, and order, reversed on the law and the facts and a new trial ordered. None of the persons at the scene of the crime identified this defendant. The only evidence offered by way of corroboration of the testimony of accomplices consisted of: (a) Proof of the fact that, under an assumed name and after having been warned to keep away from Nassau county, the defendant visited Engenito, an alleged accomplice, in the county jail six or seven times; (b) the fact that the testimony of the defendant and the proof of the alleged alibi were false; and (c) the fact that two of the accomplices concerned in the commission of the crime having been positively identified, the third man was described by those present as shorter and slighter in build than Franzene, one of the accomplices, which description, it is urged, fits the defendant Orlandino. All of this proof, taken together, is not, in our opinion, such other evidence as tends to connect the defendant with the commission of the crime. Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ., concur.

DIEGO TEJADO, Respondent, v. DANIELS & KENNEDY, INC., Appellant.— In an action brought in the Municipal Court of the City of New York, Borough of Brooklyn, to recover damages for personal injuries and injury to personal property sustained by the respondent in a collision of automobiles at a street intersection, order of the Appellate Term so far as it affirms a judgment and order of the Municipal Court unanimously affirmed, with costs. Appeals from judgment and orders of the Municipal Court and from order of the Appellate Term in so far as it dismisses appeals from orders of the Municipal Court dismissed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.